IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JEFF TAYLOR** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| **LNS DEVELOPMENT, LLC and GFG MANAGEMENT, LLC.** | ) ) ) ) | 4:19-cv-01104 |
| **Defendants.** | | |

## MOTION TO WITHDRAW

COMES NOW the undersigned attorney, who hereby moves to withdraw as counsel for Jeff Taylor (hereinafter referred to as "Plaintiff") in the above-captioned case. The undersigned is resigning as an employee of the ADA Group, LLC effective May 31, 2019 and seeks entry of an order approving her withdrawal.

Plaintiff is client of the ADA Group, LLC. The ADA Group is seeking local counsel and anticipates employment of such counsel in the next couple of weeks, who then will represent the Plaintiff in the above-captioned case.

WHEREFORE, it is respectfully requested that the undersigned counsel be granted permission to withdraw as attorney of record for Plaintiff.

Respectfully Submitted, this 30th day of May 2019.

/s/  *Amanda L. Powell*
**AMANDA L. POWELL**
**TX Bar No. 24081104**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4032 p
334.819.4032 f
ALP@ADA-Firm.com
*Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Complaint for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 30th day of May 2019 to the following:

**HAGAN NOLL & BOYLE, LLC**
Attn: Jeffery L. Befort
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
jbefort@hnbllc.com
713.343.0478 p
713.758.0146 f
*Attorney for GFG Management, LLC*

**LNS DEVELOPMENT, LLC**
Attn: Registered Agent
811 Skimmer Ct.
Sugar Land, TX 77478

/s/ *Amanda L. Powel*
AMANDA L. POWELL
**TX Bar No. 24081104**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
ALP@ADA-Firm.com
*Attorney for the Plaintiff*